IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:14-00056 |
| | ) | Judge Trauger |
| | ) | |
| CHARLES WILLIAM CAVENDER | ) | |

**O R D E R**

It is hereby **ORDERED** that the United States Probation Officer supervising this defendant shall file a report with the court reflecting that officer's opinion as to whether or not this defendant should be terminated early from supervised release, including whether or not he is presently on the compliant caseload and what his present restrictions are.

It is further **ORDERED** that the United States Attorney's Office shall secure a position statement from the United States Attorney's Office that prosecuted this defendant as to their position on early termination for this defendant.

It is so **ORDERED.**

ENTER this 9th day of October 2014.

_____
ALETA A. TRAUGER
United States District Judge